IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KENNETH MEEKS,**

    Petitioner,

v.                                                          Civil Action No. **3:18CV815**

**MARK BOLSTER,**

    Respondent.

### MEMORANDUM OPINION

Petitioner, a federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on December 12, 2018, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to pay the $5.00 filing fee or complete and return an *in forma pauperis* affidavit. The Court warned Petitioner it would dismiss the action if Petitioner did not respond.

More than fifteen (15) days have elapsed since the entry of the December 12, 2018 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Court will DENY a certificate of appealability.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                        /s/
                                                  M. Hannah Lauck
Date:   1/24/2019                           United States District Judge
Richmond, Virginia